Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
# MIDDLE DISTRICT OF TENNESSEE

U.S.A vs.    Ralph    J.    Sharow        Docket No. __02-00035-01__

### Petition on Probation and Supervised Release

COMES NOW ____Kenneth Parham____, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ralph J. Sharow who was placed on supervision by the Honorable __William H. Walls__ sitting in the Court at __Newark, NJ__, on the 17th day of __July__, 2002, who fixed the period of supervision at __3 years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

See Attachment

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

Mr Sharow began his three year period of supervised release on August 17, 2004. Mr Sharow received his license to practice dentistry in Tennessee on April 26, 2005, from the Tennessee Department of Health. His supervision was transferred to the Middle District of Tennessee in May 2005. While in this district, Mr. Sharow has been in full compliance with the conditions of his supervision. The offender has paid-in-full his special assessment and restitution in the amount of $264,363.90

## PRAYING THAT THE COURT WILL ORDER

Mr. Sharow early termination from supervised release.

**ORDER OF COURT**

Considered and ordered this __15th__ day of __March, 2006__ and ordered filed and made a part of the records in the above case.

_____
The Honorable William H. Walls
U.S District Judge

Respectfully,

Kenneth Parham
Supervisory U S. Probation Officer

Place: __Nashville__

Date: __March 13, 2006__